**Slip Op. 01-41**

UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                                    :
AL TECH SPECIALTY STEEL CORP., *et al.*,
                                                    :
                    *Plaintiffs,*
                                                    :
            v.
                                                    :
UNITED STATES,
                                                    :      Court No. 98-10-03054
                    *Defendant,*
                                                    :
            and
                                                    :
POHANG IRON AND STEEL CO., LTD., *et al.*,
                                                    :
                    *Defendant-Intervenors.*
_____:

**JUDGMENT ORDER**

Upon consideration of the Final Results of Redetermination Pursuant to Court Remand ("Remand Determination") filed by Defendant, in the absence of any argument in opposition thereto, and upon due deliberation, it is hereby

ORDERED that the Remand Determination be, and hereby is, sustained in all respects; and it is further

ORDERED that this action be, and hereby is, dismissed.

_____
Delissa A. Ridgway, Judge

Dated: April 10, 2001
       New York, New York